UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 09-180

UNITED STATES OF AMERICA v. Shiquwan Johnson
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1.  **Shiquwan Johnson, SBI #522350C, D.O.B. 05/01/1985** is now confined in **Hudson County Jail**.

2.  **Shiquwan Johnson** a defendant in the captioned case, will be required at the United States District Court located in Newark, NJ on Tuesday, December 15, 2009 at 11:00 a.m. for a **Plea before Hon. Joseph A. Greenaway, Jr.**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED: December 7, 2009        /s Melissa L. Jampol
                               Melissa L. Jampol
                               Assistant United States Attorney
                               Petitioner - 973-645-3987

ORDER FOR WRIT: Let the Writ Issue.

DATED: 12-8-09                 _____
                               HON. JOSEPH A. GREENAWAY, JR.
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **HUDSON COUNTY JAIL**.
We Command You that you have the body of **Shiquwan Johnson, SBI# 522350C, DOB 05/01/1985** (by whatever name called or charged) brought to the United States District Court located in Newark, NJ on Tuesday, December 15, 2009 at 11:00 a.m., for a **Plea** in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Joseph A. Greenaway, Jr.
United States District Judge at Newark, N.J.

DATED: 12/8/09                 WILLIAM T. WALSH
                               Clerk of the U.S. District Court
                               for the District of New Jersey
                         Per:  _____
                               Deputy Clerk