UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 09-00180

UNITED STATES OF AMERICA v. <u>Shiquwan Johnson</u>
                                   Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **Shiquwan Johnson, SBI #522350C,** ▓▓▓▓▓▓▓▓ is now confined in **Hudson County Jail.**

2.   **Shiquwan Johnson** a defendant in the captioned case, will be required at the <u>United States District Court</u> located in <u>Newark, NJ</u> on **Wednesday, July 7, 2010** at **10:30 a.m.** for a **Sentencing** before **Hon. Stanley R. Chesler**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   June 25, 2010           /s/ Melissa L. Jampol
                                 Melissa L. Jampol
                                 Assistant United States Attorney
                                 Petitioner - 973-645-3987

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 6/28/2010

                                 HON. STANLEY R. CHESLER
                                 UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **HUDSON COUNTY JAIL.** We Command You that you have the body of **Shiquwan Johnson, SBI #522350C, D.O.B. 05/1/1985** (by whatever name called or charged) brought to the <u>United States District Court</u> located in <u>Newark, NJ</u> on **Wednesday, July 7, 2010** at **10:30 a.m.** for a **Sentencing** in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED: 6/28/2010          WILLIAM T. WALSH
                          Clerk of the U.S. District Court
                          for the District of New Jersey
                      Per: _____
                          Deputy Clerk