UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 09-00180

UNITED STATES OF AMERICA v. <u>Shiquwan Johnson</u>
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Shiquwan Johnson**, SBI #000522350C, D.O.B. _____ is now confined in **CENTRAL RECEPTION & ASSIGNMENT FACILITY**.

2. **Shiquwan Johnson** a defendant in the captioned case, will be required at the <u>United States District Court</u> located in <u>Newark, NJ</u> on **Thursday, July 15, 2010** at **9:30 a.m.** for a **Sentencing** before **Hon. Stanley R. Chesler**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  July 7, 2010            /s/ Melissa L. Jampol
                                Melissa L. Jampol
                                Assistant United States Attorney
                                Petitioner - 973-645-3987

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 7/7/2010                 _____
                                HON. STANLEY R. CHESLER
                                UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **CENTRAL RECEPTION & ASSIGNMENT FACILITY**.
We Command You that you have the body of **Shiquwan Johnson, SBI #000522350C, D.O.B.** _____ (by whatever name called or charged) brought to the <u>United States District Court</u> located in <u>Newark, NJ</u> on **Thursday, July 15, 2010** at **9:30 a.m.** for a **Sentencing** in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED: 7/7/2010                 WILLIAM T. WALSH
                                Clerk of the U.S. District Court
                                for the District of New Jersey
                                Per: _____
                                     Deputy Clerk